**TIFFANY & BOSCO, P.A.**
Ace C. Van Patten, Esq.
Nevada Bar No. 11731
Krista J. Nielson, Esq.
Nevada Bar No. 10698
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135
Telephone:  702 258-8200
Fax:  702 258-8787
nvbk@tblaw.com
TB File No. 19-71022

Attorneys for *Secured Creditor* Fay Servicing, LLC

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK Case No. 19-10566-mkn |
| RICKY J. MONTOYA FDBA LAZYDAYZ OUTDOOR KITCHENS AND HOLLY A PEARCY-MONTOYA, | Chapter 13 |
| | **LIMITED RESPONSE TO MOTION TO SELL REAL PROPERTY LOCATED AT:  4108 DOVE CREEK ROAD, NORTH LAS VEGAS, NV 89032** |
| Debtors. | |

### LIMITED RESPONSE TO MOTION TO SELL REAL PROPERTY

Fay Servicing, LLC, Secured Creditor in the above-entitled Bankruptcy proceeding, hereby submits the following the following limited response to the Debtors' Motion to Sell Real Property located at **4108 Dove Creek Road, North Las Vegas, NV  89032**.

Secured Creditor, as first lien holder or agent for the same, does not oppose the sale of the real property provided Secured Creditor's lien will be paid in full subject to the sale closing on within 90 days from the date of the Court's Order and sale is subject to a proper payoff quote; or that any extension of the closing date or sale short of full payoff be subject to Secured Creditor's final approval. Further, funds from the sale should be received by

1 Secured Creditor within ninety (90) days from the date of the Court's order, unless otherwise
2 agreed to by Secured Creditor.
3     DATED this 30th day of September, 2019.
4
5                                         **TIFFANY & BOSCO, P.A.**
6                                         By /s/ Ace C. Van Patten, Esq.
                                        ACE C. VAN PATTEN, ESQ.
7                                         Attorney for Secured Creditor
                                        10100 W. Charleston Boulevard, Suite 220
8                                         Las Vegas, NV 89135
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**TIFFANY & BOSCO, P.A.**
Ace C. Van Patten, Esq.
Nevada Bar No. 11731
Krista J. Nielson, Esq.
Nevada Bar No. 10698
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135
Telephone:  702 258-8200
Fax:  702 258-8787
nvbk@tblaw.com
TB File No. 19-71022

Attorneys for *Secured Creditor* Fay Servicing, LLC

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK Case No. 19-10566-mkn |
| RICKY J. MONTOYA FDBA LAZYDAYZ OUTDOOR KITCHENS AND HOLLY A PEARCY-MONTOYA, | Chapter 13<br><br>**CERTIFICATE OF SERVICE** |
| Debtors. | |

### CERTIFICATE OF SERVICE

1. On this 30th day of September, 2019, I served the following documents:

   **LIMITED RESPONSE TO MOTION TO SELL REAL PROPERTY**

2. I caused to be served the above-named document by the following means to the persons as listed below:

   X   **a. ECF System**

   Narrah F Newark
   bk@nnbklaw.com
   Attorney for Debtors

   Rick A. Yarnall
   ecfmail@lasvegas13.com
   Trustee

3

|   |   |
|---|---|
| 1 | X   **b. United States mail, postage fully prepaid:** |
| 2 | Narrah F. Newark |
| 3 | 608 S. 8th Street<br>Las Vegas, NV  89101 |
| 4 | Attorney for Debtors |
| 5 | Ricky J. Montoya and Holly A Pearcy-Montoya |
| 6 | 4108 Dove Creek Rd<br>North Las Vegas, NV 89032 |
| 7 | Debtors |
| 8 | **I declare under penalty of perjury the foregoing is true and correct.** |
| 9 | DATED this 30th day of September, 2019. |
| 10 |  |
| 11 | By: /s/ Michelle Benson |

4